UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   CV 22-02116-SK                                              Date: August 24, 2022

Title   Andre Roberts v. Air Canada et al

Present: The Honorable:   Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE: STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE (ECF 20)**

In light of the parties' stipulation to dismiss the complaint in its entirety (ECF 20), this action is ordered dismissed with prejudice, in accordance with the terms of a confidential settlement agreement, pursuant to FRCP 41(a)(1)(A)(ii). Each party to this litigation shall bear its own costs and attorneys' fees incurred.

IT IS SO ORDERED.